Filbey Equipment Company, a Corporation, Plaintiff-Appellee, v. Hugh Major, Defendant-Appellant.

Gen. No. 64–109.

Fifth District.

August 16, 1965.

Ralph T. Smith and John Dale Stobbs, of Alton, for appellant; Apoian and Ross, of East St. Louis, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.